UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patterson Dental Supply, Inc.,

      Plaintiff,

v.                                                  Case No. 19-cv-1940 (JNE/LIB)
                                                    ORDER

Daniele Pace and Henry Schein, Inc.,

      Defendants.

In an Order dated September 22, 2020, Magistrate Judge Leo I. Brisbois ordered Defendants to produce six documents. ECF No. 240. These documents are labeled as REV00226569, REV00228459, REV00234672, #285673.1, #6452.1, and #4897.1. This matter is now before the Court on Defendants' Objections to the Order of the Magistrate Judge. ECF No. 243. Having reviewed the record and the arguments raised by the parties, the Court concludes that the Magistrate Judge's Order must be affirmed because the Magistrate Judge's conclusions are neither "clearly erroneous" nor "contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a). While the Magistrate Judge applied state law to the work product claims instead of federal law, *e.g.*, *Baker v. GMC*, 209 F.3d 1051, 1053 (8th Cir. 2000), Defendants have not persuaded the Court that the application of federal law would affect the conclusion. Therefore, IT IS ORDERED THAT:

1.     The Magistrate Judge's September 22, 2020, Order [ECF No. 240] is AFFIRMED.

Dated: November 13, 2020

                                                                               s/ Joan N. Ericksen
                                                                               JOAN N. ERICKSEN
                                                                               United States District Judge