IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Patterson Dental Supply, Inc., | |
| Plaintiff, | Case File No. 19-cv-01940-JNE-LIB |
| v. | **MOTION OF DEFENDANT HENRY SCHEIN, INC., TO AMEND ANSWER TO ASSERT COUNTERCLAIM FOR PUNITIVE DAMAGES** |
| Daniele Pace and Henry Schein, Inc., | |
| Defendants. | |

Defendant Henry Schein, Inc. ("Defendant" or "HSI"), moves, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to amend its Answer To Second Amended Complaint, Defenses And Counterclaims to assert a claim for punitive damages against Plaintiff Patterson Dental Supply, Inc. ("Patterson") in connection with HSI's following counterclaims: Claim No. 1 against Patterson for abuse of process; and Claim No. 4 against Patterson for tortious interference with prospective business relations.

Dated: January 14, 2021

Respectfully submitted,

**MADEL PA**

By: */s/ Stephen M. Premo*_____
Christopher W. Madel (230297)
Stephen M. Premo (393346)
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Phone: (612) 605-0630
cmadel@madellaw.com
spremo@madellaw.com

- 1 -

*Attorneys for Defendants Daniele Pace and Henry Schein, Inc.*

**MOSES & SINGER LLP**

By:  */s/ Abraham Y. Skoff*
Abraham Y. Skoff (*admitted pro hac vice*)
Mark N. Parry (*admitted pro hac vice*)
405 Lexington Avenue
New York, NY  10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
askoff@mosessinger.com

*Attorneys for Defendant Henry Schein, Inc.*