# Memorandum of Defendant Henry Schein, Inc., in Support of Motion to Amend Answer to Add Claims for Punitive Damages

# Filed Under Seal