UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patterson Dental Supply, Inc.,

    Plaintiff,

v.

Daniele Pace and Henry Schein, Inc.,

    Defendants.

Case No. 19-cv-1940 (JNE/JFD)
ORDER

The parties stipulated to dismiss this action with prejudice "pursuant to Fed. R. Civ. P. 41(A)(ii)." Based on the stipulation, the action is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (stating that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared"); Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."). The Clerk of Court shall terminate motions filed in anticipation of trial.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. This action is DISMISSED WITH PREJUDICE.

2. The Clerk of Court shall terminate Docket Nos. 506, 514, 521, 531, 539, 542, 553, 558, and 574.

Dated: November 4, 2022

                                      s/Joan N. Ericksen
                                      JOAN N. ERICKSEN
                                      United States District Judge